IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROSEMARY DAVIS,

        Plaintiff,

vs.

CITY OF CREIGHTON, AND BOB JENSEN, Individually and in his Official Capacity;

        Defendants.

4:16CV3001

ORDER

Plaintiff filed her Complaint in this matter on January 5, 2016. (Filing No. 1). On April 1, 2016, the court entered the Final Progression Order setting Plaintiff's deadline to amend the pleadings or add parties to April 20, 2016. (Filing No. 9). Plaintiff now files a motion to amend her complaint. (Filing No. 11). The motion is unopposed.

A party may amend its pleading with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15. Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "[A]bsent a good reason for denial—such as undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of amendment—leave to amend should be granted." Kozohorsky v. Harmon, 332 F.3d 1141, 1144 (8th Cir. 2003).

Plaintiff's motion is timely and unopposed by the defendants. Leave to amend is granted.

IT IS ORDERED:

1)     Plaintiff's motion to file an amended complaint, (Filing No. 11), is granted. Plaintiff's Amended Complaint shall be filed on or before April 28, 2016.

Dated this 21st day of April, 2016

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge