IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF CREIGHTON, AND BOB JENSEN, Individually and in his Official Capacity;<br><br>        Defendants. | 4:16CV3001<br><br>AMENDED PROGRESSION ORDER |

Parties have filed a joint motion to extend certain deadlines in the final progression order. ([Filing No. 23](#)).

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 30, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on May 16, 2017 at **1:00 p.m.**, and will be conducted by WebEx conferencing. Instructions and codes for participating in the pretrial conference by WebEx are located at Filing No. 10. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on May 12, 2017.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 2, 2017. Motions to compel Rule 33 through 36 discovery must be filed by December 15, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2

4) The deposition deadline is February 28, 2017.

5) The deadline for filing motions to dismiss and motions for summary judgment is February 15, 2017.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 15, 2016.

7) The parties shall comply with all other stipulations and agreements recited in previous progression orders that are not inconsistent with this order.

October 12, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge