IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY DAVIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF CREIGHTON, AND BOB JENSEN, Individually and in his Official Capacity;<br><br>　　　　　　Defendants. | 4:16CV3001<br><br><br>ORDER |

　　　　As requested in the parties' motion, (Filing No. 32), which is hereby granted,

　　　　IT IS ORDERED that the final progression order is amended as follows:

1)　　The jury trial of this case is set to commence before Richard G. Kopf, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 28, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 8, 2017 at **2:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 10) to participate in the conference The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 7, 2017.

3)　　The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 3, 2017. Motions to compel Rule 33 through 36 discovery must be filed by April 17, 2017.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2

4)  The deposition deadline is May 23, 2017.

5)  The deadline for filing motions to dismiss and motions for summary judgment is June 8, 2017.[1]

6)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 8, 2017.

January 31, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.