IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY DAVIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF CREIGHTON, and BOB JENSEN, Individually and in his Official Capacity;<br><br>　　　　　Defendants. | **4:16CV3001**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Kelly K. Brandon and the Fiedler, Timmer Law Firm, as counsel of record for Plaintiff (Filing No. 47), is granted.

2) On or before September 27, 2017, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The settlement conference previously scheduled for September 22, 2017 is cancelled.

4) The clerk shall mail a copy of this order to Ms. Rosemary Davis, P.O. Box 334, Creighton, NE 68729.

September 6, 2017.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge