IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY DAVIS,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF CREIGHTON, and BOB JENSEN, Individually and in his Official Capacity;<br><br>                Defendants. | **4:16CV3001**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 6, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 17, 2018 at 10:00 a.m., and will be conducted by internet plus telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case, (Filing No. 10) to participate. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 16, 2018.

3) The deadline for filing motions for summary judgment is March 28, 2018.

February 28, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge