IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF CREIGHTON, et. al;<br><br>        Defendants. | 4:16CV3001<br><br>ORDER |

A pretrial conference is scheduled for July 17, 2018, and the jury trial is scheduled for August 6, 2018. The parties' intended mediation cannot be scheduled prior to the current trial setting.

Accordingly,

IT IS ORDERED:

1) The parties' motion, (Filing No. 68), is granted.

2) The pretrial conference and jury trial are continued pending further order of the court.

3) A telephonic conference with the undersigned magistrate judge will be held on August 14, 2018 at 9:30 a.m. to discuss the outcome of the parties' mediation and, if necessary, re-scheduling the trial and pretrial conference. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 10), to participate in the call.

May 16, 2018.

                                                          BY THE COURT:
                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge